## PHILIP C. FERRARO *v.* ROCCO T. LAURETTI ET AL.
### (9546)

O'CONNELL, NORCOTT and LANDAU, Js.

Argued March 28—decision released April 23, 1991

*Edward W. Gasser,* with whom, on the brief, was *Joseph F. Skelley, Jr.,* for the appellant (plaintiff).

*Peter Rustin,* with whom, on the brief, was *Craig S. Taschner,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.